UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE RIZALINA ABELLAN,　　　　　　　　　　　　No.　C 11-0401 PJH
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BK 10-34186 DM

　　　　　　Appellant,　　　　　　　　　　　　　　　　**ORDER DENYING REQUEST FOR RELIEF**

_____/

　　　　On January 27, 2011, appellant Rizalina Abellan ("Abellan") appealed the bankruptcy court's December 6, 2010 order dismissing his Chapter 13 bankruptcy case for failure to comply with the Bankruptcy Code's and the bankruptcy court's requirements.  On April 8, 2011, Abellan filed what appears to be a motion for a stay of a state court order in a state court case pursuant to a which a writ of possession and notice to vacate were issued with respect to real property.

　　　　In denying the instant request, Abellan is advised that the ONLY issue before this court in this bankruptcy appeal is **whether the bankruptcy court abused its discretion when it dismissed Abellan's Chapter 13 case for failure to comply with his filing requirements**.  There is NO civil complaint pending before this court - only the appeal, which does NOT concern the real property at issue.  To the extent that Abellan seeks relief regarding the state court order, that relief is appropriately sought in the state court case.  Abellan is NOT permitted to file an improper appeal of state court orders in the context of this bankruptcy appeal.

　　　　It has further come to the court's attention that Abellan has recently filed numerous

documents entirely irrelevant and unrelated to the bankruptcy appeal with the court. Abellan is therefore ORDERED to cease and desist from making any further filings with this court.

For these reasons, the request filed by Abellan on April 8, 2011 is DENIED.

**IT IS SO ORDERED.**

Dated: April 8, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge